# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RYAN K. RIEDESEL,<br><br>               Plaintiff,<br><br>v.<br><br>THURSTON COUNTY JAIL, et al.,<br><br>               Defendants. | CASE NO. C14-5947 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 44. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' motion for summary judgment is **GRANTED**, and Plaintiff's claims are dismissed with prejudice.

Dated this 6th day January, 2016.

BENJAMIN H. SETTLE
United States District Judge